DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIE DUDLEY,**
Appellant,

v.

**CITY OF PALM BEACH GARDENS,**
Appellee.

No. 4D20-1318

[April 15, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502018CA001704.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Scott D. Alexander of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***